UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE                               :
                                    :
LOVELL PLACE LIMITED                :   Case No. 05-15114
PARTNERSHIP,                        :   CHAPTER 11
an Ohio Limited Partnership         :
          Debtor                    :

ORDER APPROVING DISCLOSURE STATEMENT
FIXING TIME FOR HEARING ON CONFIRMATION OF PLAN, AND
FIXING TIME FOR FILING BALLOTS AND OBJECTIONS TO PLAN,
COMBINED WITH NOTICE THEREOF

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by the above-named Debtor, on November 14, 2008, referring to a plan under Chapter 11 of the Code filed on November 14, 2008 (as modified by a modification filed on  n\a  ); and it having been determined after hearing on notice that the disclosure statement contains adequate information; it is

ORDERED, and notice is hereby given, that:

A. Said disclosure statement is approved.

B. Within ten (10) days hereafter, a copy of this Order, the Plan and a Summary, the Disclosure Statement and a Ballot conforming to Official Form No. 14 shall be transmitted by mail to creditors, equity security holders and other parties in interest as provided in Rule 3017(d). Counsel for the proponent of the plan shall perform such mailing, and file a certificate thereof.

C. February 9, 20 09, at 11:10 a.m. o'clock in The Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania is fixed for hearing on confirmation of the plan. All parties may participate by telephone pursuant to the instructions which appear on the Court's website.

D. Feb 4 2009 is fixed as the last day for filing and serving pursuant to Rule 3020(b)(1) written objections to confirmation of the plan, and for serving a ballot accepting or rejecting the plan upon the proponent or counsel for the proponent of the plan.

E. Complaints objecting to the debtor's discharge must be filed not later than the first date set for the hearing on confirmation of the plan in accordance with Bankruptcy Rule 4004(a).

F. Counsel for the proponent of the plan shall file a report of the balloting one day before the hearing on confirmation.

Dated: December 29, 2008

                                                       Warren W. Bentz
                                                      United States Bankruptcy Judge

c: Guy C. Fustine, Esq.
(Official Form No. 13, modified)

BANKRUPTCY NO. _____

MOTION NO. _____

CERTIFICATE OF SERVICE

I, _____
OF** _____
_____

CERTIFY:

    That on the _____ day of _____, 20___, I served a copy of the within ORDER together with the Plan (or a summary thereof), the Disclosure Statement, and a Ballot filed in this proceeding, on the persons listed on Exhibit A, attached, being all creditors, equity security holders and parties in interest in this proceeding, by_____
_____
or by U.S. Mail, postage prepaid, addressed to said parties at the addresses shown on Exhibit A, attached.

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON _____    _____
             (Date)                           (Signature)

_____

**State Mailing Address.