IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 05-15114-WWB |
| | ) |
| LOVELL PLACE LIMITED | ) Chapter 11 |
| PARTNERSHIP, AN OHIO LIMITED | ) |
| PARTNERSHIP, | ) Docket No. ___ |
| | ) |
| Debtors | ) Related to Docket No. 389 |

## ORDER CONFIRMING CHAPTER 11 PLAN

AT ERIE, in the Western District of Pennsylvania, this _10th_ day of February, 2009, upon consideration of the Debtor's Chapter 11 Plan, Plan Summary and Disclosure Statement filed on November 14, 2008, it appearing that the Disclosure Statement was approved by Order of Court dated December 29, 2008, that the Plan, Plan Summary, Disclosure Statement, Order Approving Disclosure Statement, Notice of the Plan Confirmation Hearing, and a Ballot were served on all creditors and interest holders on January 2, 2009 as set forth in the certificate of service filed on January 22, 2009, that the Plan was accepted by creditors and interest holders as set forth in the Report of Balloting filed on February 9, 2009, that there were no objections to the Plan, and that the Plan complies with all of the requirements for confirmation as set forth in 11 U.S.C. § 1129, after notice and hearing held on February 9, 2009,

IT IS ORDERED that the Debtor's Plan of Reorganization filed on November 14, 2008 at Docket No. 389 be, and the same hereby is, confirmed. The attorney for the Debtor shall serve a copy of this Order upon all creditors, interested parties, and attorneys who have appeared in the case, and file a certificate of service thereof.

IT IS FURTHER ORDERED that, as all capitalized terms are defined in the Plan, and with the consents of the Debtor, National City, the Committee and the Decedent's Estate, this Order is intended to confirm that relief from the automatic stay of Bankruptcy Code Section 362

is granted unto National City so that it may conduct any and all Sheriff's Sales and State Court Foreclosure Proceedings incident to the McGarvey Properties, including as to whatever possessory or other interests the Debtor may have in the McGarvey Properties, in fulfillment of the Plan. Also, pursuant to various sections of the Plan, including but not limited to Sections 1.51, 2.1, 4.3 and 5.2, this Court reserves jurisdiction to consider any and all matters associated with the Plan Financing and Sale Motion contemplated within the Plan, including pursuant to any motion(s) filed under Bankruptcy Code Sections 363, 364 and 365.

Dated: FEBRUARY 10, 2009

The Honorable Warren W. Bentz
United States Bankruptcy Judge

# 822682.v1

**FILED**

FEB 1 0 2009

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE