## ASSET PURCHASE AGREEMENT

Agreement made this 2ND day of November, 2010, between Lovell Place Limited Partnership, an Ohio limited partnership (the "Seller"), and PNC Bank, N.A., successor by merger with National City Bank, or its designee (the "Buyer").

1. **Description:** The Seller will sell and the Buyer will purchase all of the Seller's assets (other than the Excluded Assets, as later described herein), including all of those parcels of real estate and the improvements thereon, leases and executory contracts, business operations, the trade name "Lovell Place," and all items of Seller's personal property (collectively the "Property"), as described on the attached Exhibit A of this Agreement. The Property consists of or is located at the Seller's premises commonly known as Lovell Place.

2. **Price:** The Property is to be purchased, "AS IS, WHERE IS," for a total purchase price of Five Million ($5,000,000) Dollars (the "Purchase Price"), subject to higher offers, pursuant to a Bankruptcy Code § 363 sale (the "Sale"). Because the Buyer is also the first lienholder on all of the Property, the Buyer or its designee, pursuant to Bankruptcy Code § 363(k), may credit bid at the Bankruptcy Court Sale contemplated herein up to the full amount its Secured Claim (consistent with, and in accordance with the terms and conditions of the confirmed Chapter 11 Plan).

3. **Condition:** The purchase is conditioned upon approval by the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court") of a signed bidding procedures order, to be entered in advance of the sale confirmation hearing; and, of a signed sale confirmation order, in form substantially similar to the attached draft, to be entered at or following the sale confirmation hearing. This purchase is also conditioned upon

EXHIBIT A

title being in a condition which is insurable by a reputable title insurance company at regular rates.

4. **Title:** This purchase will be made on an "as is, where is" basis, subject to final pre-closing inspection/verification of the Property and its condition not materially having changed since Buyer's physical inspection of the Property conducted prior to execution of this Agreement. The Seller is to timely: (a) provide appropriate Bankruptcy Court approval for the bidding procedure and sale, free and clear of liens, claims, encumbrances and other interests; (b) warrant fee simple title at closing to all of the real property being purchased; (c) convey fee simple title at closing to all of the real property being purchased by Fiduciary Deed signed by the Seller; (d) convey fee simple title at closing to the personal property being purchased by Special Warranty Bill of Sale signed by the Seller; and (e) provide a Bankruptcy Court Order through which the Debtor's leases and executory contracts (the "Leases") are assumed by the Debtor and assigned to the Buyer (the "Leases Order"), all in a manner and form reasonably satisfactory to Buyer. The Leases to be assumed and assigned (the "Selected Leases"), are identified on Exhibit B attached hereto, including the residential and commercial leases. The Selected Leases shall be part of the Purchased Assets for which Buyer is making its offer and for purposes of competitive bidding.

5. **Closing and Delivery:** Subject to whatever rights the Buyer may possess under Bankruptcy Code Section 363 (m), Closing and delivery of the Property shall take place after the sale confirmation order is docketed by the Bankruptcy Clerk and becomes a final and unappealable order; and, upon receipt of satisfactory evidence of clear title by Buyer, but Buyer may waive said conditions in whole or in part. In all events, other than the issuance of a stay pending appeal, and unless extended mutually in writing by Seller and Buyer, Closing shall

occur at the offices of Seller's counsel not later than twenty (20) days after the Sale confirmation Order is docketed by the Bankruptcy Court. Delivery will take place where the Property is presently located, concurrent with full payment (as applicable) of the Purchase Price by cashier's check, cash or its equivalent to Seller. At closing, the Seller will deliver a certified copy of the signed Sale confirmation order, and a special warranty bill of sale and any other necessary instruments of transfer, including one or more fiduciary deeds to the subject real estate and improvements, in a form recordable in Erie County, Pennsylvania and reasonably satisfactory to Buyer and Buyer's title company, and the Leases Order.

6. **Financing**: This is a cash offer with no financing contingency.

7. **Assignment**: This Agreement is not assignable nor is performance of Buyer's duties delegable without Seller's prior written consent, such consent not to be unreasonably withheld, conditioned or delayed. This provision shall not prevent the Buyer from naming its designee if it is the successful purchaser at the future Bankruptcy Court Sale contemplated herein.

8. **Modification**: This Agreement may be modified only by an instrument signed by the parties or their respective agents.

9. **Expiration**: Unless in writing by the Seller and Buyer, the Buyer's offer shall expire and be of no further force and effect if not formally accepted by Seller (subject to Bankruptcy Court approval) within five (5) business days after receipt thereof.

10. **Expenses**: Costs and expenses, including attorney, accountant and other consultant fees, in connection with the execution and negotiation of this Agreement and the consummation of the transaction(s) contemplated hereby shall be paid from the proceeds of sale

and in accordance with the confirmed Chapter 11 Plan, subject however to further order or orders of Court after notice and hearing on one or more applications for payment.

11. **Choice of Law, Venue and Jurisdiction**: This Agreement shall be construed and interpreted, and the rights of the parties determined in accordance with the Bankruptcy Code and the laws of the Commonwealth of Pennsylvania. The Bankruptcy Court shall have original and exclusive jurisdiction over interpretation, enforcement and/or disputes arising out of or relating to this Agreement.

12. **Multiple Counterparts**: This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and may be in hard copy, fax for pdf format.

13. **Representation by Counsel; Mutual Negotiation**: Each party has been represented by counsel of its choice in negotiating this Agreement. This Agreement shall therefore be deemed to have been negotiated with the advice and participation of counsel, and will be interpreted in accordance with its terms without favor to any party.

14. **Authorization**: Each person signing this Agreement hereby covenants and warrants to the other party that s/he is fully authorized to execute the Agreement on behalf of the party s/he represents and is fully authorized to bind the party to all of the terms set forth herein.

15. **Bankruptcy Court Approval**: Buyer understands that the Seller is obligated to present this Sale for Bankruptcy Court approval and that other prospective bidders who qualify in accordance with procedures approved by the Bankruptcy Court will be given an opportunity to competitively bid for the Property at the time of the Sale confirmation hearing. If a substantially higher bid is made in accordance with the court-approved bidding procedure, it is

expected that the proposed private sale to Buyer will be denied by the Bankruptcy Court and a public auction will be held at the time of the Sale confirmation hearing.

16. **Transfer Tax Exemption:** It is the intention of Seller and Buyer that the conveyances contemplated herein shall be free of all transfer taxes, pursuant to Bankruptcy Code § 1146(c), as Seller's Plan of Reorganization was confirmed by the Bankruptcy Court on February 10, 2009; and, the Sale contemplated herein is being conducted pursuant to that confirmed Plan.

17. **Excluded Assets:** Buyer is not acquiring pursuant to this Agreement: (a) the Seller's cash or depository accounts, (b) whatever, if any, Leases, which are not identified on Exhibit B as Selected Leases, (c) that certain parcel of real property and the improvement thereon as leased by Seller to Miller Bros., Inc.; and (d) whatever rights the Seller has or may have in that certain condemnation matter of Seller's real property parcel which it leases to Miller Bros., Inc. and any proceeds derived therefrom.

WITNESS: _____

PNC Bank, N.A., Buyer
BY: _____
TITLE: SR VICE PRESIDENT
DATE: 11-2-10

Acknowledged and Accepted by
Lovell Place Limited Partnership, an Ohio Limited Partnership, by
Mid-Town Renovation, Inc., its General Partner, by
Charles Peters, President
BY: _____
TITLE: President
DATE: 11-3-10

# 924025.v1

5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 05-15114-TPA |
| | ) |
| LOVELL PLACE LIMITED PARTNERSHIP, an | ) Chapter 11 |
| Ohio Limited Partnership, | ) |
| Reorganized Debtor | ) |

## EXHIBIT A TO ASSET PURCHASE AGREEMENT DATED NOVEMBER 2, 2010

A. **REAL ESTATE AND IMPROVEMENTS INCLUDED IN THE SALE:**

Twenty-six (26) parcels of real estate, including improvements, located in the City of Erie, County of Erie and Commonwealth of Pennsylvania, described by the following Index Numbers of record in Erie County, which parcels of real estate and improvements are included in the Sale:

| | | |
|---|---|---|
| (15)2013-114 | (15)2008-200 | (15)2008-100 |
| (15)2013-115 | (15)2004-201 | (15)2008-101 |
| (15)2013-300 | (15)2004-202 | (15)2008-102 |
| (15)2013-301 | (15)2008-226 | (15)2008-203 |
| (15)2013-302 | (15)2008-227 | (15)2008-214 |
| (15)2013-305 | (15)2008-228 | (15)2008-215 |
| (15)2013-311 | (15)2008-211 | (15)2008-201 |
| (15)2013-312 | (15)2008-212 | (15)2008-202 |
| (15)2013-314 | | (15)2008-213 |

B. **BUSINESS PERSONAL PROPERTY INCLUDED IN THE SALE:**

The personal property in the sale includes (1) the leasehold improvements; (2) the underground geo-thermal heat exchange wells located under the parking lot at East 13th Street and Holland; (3) the furniture owned by the Debtor which is located with certain tenants, as more fully described on Schedule 1 hereto; (4) the equipment owned by the Debtor which is located with certain tenants, including maintenance equipment, appliances and restaurant equipment, as more fully described on Schedule 2 hereto; (5) the Debtor's interest, if any, in the trade name

"Lovell Place"; (6) certain leases and executory contracts as more specifically set forth on Exhibit B to the Asset Purchase Agreement; and, (7) the construction inventory, as more fully described on Schedule 3 hereto.

**C. ASSETS EXCLUDED FROM THE SALE:**

The Debtor's assets which are excluded from the Sale are: (1) cash and cash equivalents, except that the Debtor's possessory and fiduciary rights in the residential security deposits shall be included in the Sale; (2) the commercial lease between the Debtor as the landlord and Miller Brothers Garden Center, Inc. as the tenant; (3) the Debtor's ownership interest in the parcels of real estate and improvements leased to Miller Brothers Garden Center, Inc. (Erie Court Index Numbers (15) 2009-201 and (15) 2014-301); and, (4) the Debtor's interest in the related condemnation proceeding brought against those two parcels of real estate and improvements by the Erie Metropolitan Transit Authority, including but not limited to the proceeds payable to the property owner therein.

# 926372.v1

# SCHEDULE 1 TO EXHIBIT A

## Lovell Place Furniture Inventory

**Labor & Industry** (Office of Vocational Rehabilitation. Unemployment Compensation Referee)

| Quantity | Description |
| --- | --- |
| 16 | Clerical Cubicles |
| 20 | Counselor Workstations |
| 2 | District Administrator Units |
| 3 | Supervisor Workstations |

**Perseus House** – Please note, much of the Perseus House furniture has been disassembled by the Tenant and placed in storage.

| Quantity | Description |
| --- | --- |
| 30 | 8x6 Workstations |
| 21 | 8x8 Workstations |
| 13 | 4x3 Workstations |
| 1 | Counter Desk Combo |

# 926413.v1

# SCHEDULE 2 TO EXHIBIT A

Lovell Place Restaurant Equipment List

| Quantity | Description |
|---|---|
| 2 | Wells#4-C Toaster |
| 2 | Perlick #TS24CH Ice Chest |
| 2 | Perlick #TS 12BLW Blender Station |
| 2 | Perlick #TS18 Drainboard 18" |
| 1 | Perlick #TS53C 5'Sink w/3-Tanks |
| 1 | Perlick 90D Inner Corner Section |
| 1 | Perlick 7055-93 48" Storage Cabinet |
| 2 | Perlick #8430 Mug Froster |
| 1 | Perlick #DS3KP 3-Keg Direct Draw |
| 50 | Chef Special Ties #01850 Combo Mill |
| 1 | Hobart #HOB15-1 Scale w/chart |
| 1 | Jordan Supply #QY 1305 Ice Machine w/bin and filter assy. |
| 1 | Vulcan Combi/steamer oven spray hose stand w/ext. Warranty, filter |
| 1 | Deerfield #204 ice binwater station |
| 1 | Hobart #C44A Warewasher |
| 1 | Perlick Back Bar 4-door #C5079SCC |
| 1 | Hatco #C-39-CUS-LEG Compact Booster |
| 4 | Eagle 24x30 Epoxy Wire Shelf |
| 4 | Eagle Post 1"x74" |
| 4 | Eagle Post 1"x74" |
| 24 | Eagle Post 1"x74" |

| Qty | Item |
|---|---|
| 24 | Eagle Epoxy 24 x48 Shelves |
| 1 | Eagle #T3072SEB Work Table w/sink |
| 1 | Eagle #300720 Lever Drain for Above |
| 1 | Eagle #T3084SEB Work table w/ sink |
| 1 | Eagle 18x72 Chrome Plate Wire Shelf |
| 2 | Eagle wall bracket 18" chrome |
| 1 | Eagle #UT3048SEB Table |
| 2 | Eagle Casters w/break |
| 2 | Eagle 4" Casters |
| 1 | Eagle 18 x72 Chrome Wire Shelves |
| 2 | Eagle Wall bracket 18" chrome |
| 1 | Eagle #T3048SEB Table 4" Backsplash |
| 1 | Eagle #501572 Drawer |
| 1 | Eagle 18 x72 Chrome Wire Shelves |
| 2 | Eagle Wall bracket 18" chrome |
| 8 | Epoxy post 1"x 74" |
| 8 | Eagle 24 x 42 Epoxy wire shelves |
| 8 | Eagle Epoxy post 1" x 74" |
| 8 | Eagle Epoxy wire Shelves 24x36 |
| 4 | Eagle Posts 1"x 74" |
| 4 | Eagle 3048SEB Table w/drawer |
| 4 | Eagle 18 x60 Epoxy wire shelves |
| 1 | Advanced Tabco #-PS-85 S.S Hand Sink |
| 1 | Perlick #TSD24 Drainboard |
| 1 | Vulcan SG$C/4D Double Stack Convection oven w/roast-n-hold w/casters |

| Qty | Description |
|---|---|
| 2 | Vulcan #GH%$C Natural Gas Range w/casters w/back guards w/ casters |
| 1 | Vulcan #SAR34B Salamander |
| 1 | Vulcan #GHCB Charbroiler w/splashguard w/ casters w/ regulator |
| 2 | Vulcan #GH56C Natural Gas Range w/4 additional racks w/ rear gas connect w/ back w/ regulators |
| 1 | Vulcan #TK-35 Fryer w/S.S./ tank w/S/ front |
| 1 | Tafco Custom walk in refridge #22644 |
| 4 | Avtec #DC 1503-C4 Connectors |
| 1 | Durst Charges |
| 1 | 2/1 PC Excel Aluminum M check minder-48" |
| 1 | 1/1 PC Excel Aluminum M check minder-36" |
| 2 | 1/PC Eagle S.S. work table w/undershelf 30x60 |
| 1 | Eagle Work Table w/drawer and casters |
| 1 | T&S Wall Bracket/ 18" swing nozzle/adapter/ nozzle double joint/T&S part |
| 1 | AIS Install speed/ ticket rail/ drain line on sink hardwear on draft system shelves on cooler drawer on table |
| 1 | Start-up victory cooler/sealed dishwasher |
| 1 | Victory Single door fridge w/ casters ext. thermometer extra shelves |
| 4 | Eagle #501572 Eagle Drawers |
| 1 | MSPaul 2-COM. Prep sink, faucet, Lever drains, overflows, undershelf |
| 1 | MCPaul Clean dishtable w/3 comp, sink drains, faucets, overflows, overshelf, electric pot washer |
| 1 | MC Paul dish table all stainless |
| 1 | A.I.S. Mounted Racket/install shelves |
| 1 | A.I.S. Traulsen Unit Test/install caste |
| 1 | A.I.S. Delfield Shelves |

# SCHEDULE 3 TO EXHIBIT A
## INVENTORY
## 3RD FLOOR GARAGE IN GATED PARKING

**Four door Bi-fold units**

Size-6' x 8'
Color-Teak
Qty-21

**Four door Bi-fold units**
Size- 4' x6 x11 ⅜"
Color-Teak
Qty-36

**Wood Interior Doors**
Size-31¾ z 79¼
Color-Teak
Qty. – 70

Size-29¾ x 83¼
Color-Teak
Qty-46

**Interior Louver Doors**
Size 83" x 31¾
Qty. -12

**Bathroom cabinets with mirror**

Size-wall opening 14 ⅛x 18 ¼ x 3 ½
Overall-Size 16" x22"
Color Stainless steel and white
Qty.-11

**Adjustable Closet Shelves**
Size-48"
Qty.-0
Color-White

Size-36"
Qty.-0
Color-White

**Stainless steel shower curtain rods**
Size- 5'" long
Qty-24

**Mirrors**
Size- 6x 8'4"
Qty. -2

# 4TH FLOOR

**Lumber**
Size-2" x 8" x 8'
Qty. -4

Size 2" x12" x 16"
Qty. -5

**Tub Enclosures**
Size- 73" H x5'W
Color-White

**Entrance Doors**
Size-35¾" x 83¼ " Listed fire

Size 2"x12"x12'
Qty.- 26

Size- 1" x 6"x 16" tongue and groove
Qty. – 16

**Commercial Ground Fault
Wall receptacle, 20 Amp 125 volt
Color-White**
Color-White
Qty. 7 pcs.

**Wall Plate for duplex wall outlet**
Color-White
Qty. – 30 cases of 25, 20 cases of 100

**Polished Crome 30/50 amp.
Round wall receptacle cover**
Qty. 5 cases of 10

**Heavy duty safety switch for 240
Volts, 2 pole 60 amps
Requires 2 fuses**
Qty.- 4

**Heavy duty safety switch for 30 amp
600 Volts, 3 pole non fusible, rainproof**
Qty. -1

**Smoke detector, wire in with battery
Back up, 120volt AC**
Color- White
Qty.-0

**Photo electric smoke detector with
Piezo and 177 cd strobe 120 volt for on
the wall**
Qty. -7

door (Rating ¾ of an hour)
Oty. -30

**4 door Bi-fold unit**
Size-4' x 6'8"
Color- Teak
Qty-59

**Conduit Coupling for ¾"
conduit**
Qty. 3 cases of 250, 5 cases of 25

**Conduit couplings for 2 ½" conduit**
Qty. 2 cases of 12

**Hangers with Bolts for 2½"
conduit**
Qty.-0

**2 Screw cable connectors for 1 ¼ "
conduit**
Qty. 1 case of 10

**Conduit couplings for 4" conduit**
Qty. -1 case of 6

**3/8" Duplex connector clamp type**
Qty. -1 case of 25

**Conduit coupling for 2" conduit**
Qty. -0

**Fire alarm box, pull down type**
Qty. -6

**System sensor smoke detector plug in detector base**
Qty.- 13

**Conduit**
¾" x 10'     qty. 0
1" x 10'     qty. 0
1¼" x 10'    qty. 0

**2 door bifold unit**
Size 2' x 85 3/8"
Qty. 12
Color- Teak

**2 door bifold unit**
Size 3' x 6'8"
Color- Teak
Qty. 1

**4 door bifold unit**
Size 5' x 6'8"
Color- Teak
Qty. 0

**Interior Louver Doors**
Size-83¼ x 31 ¾
Color- Teak
Qty. 10

**½" liquid tight connector**
Qty. -0

**1 hole rigid strap hanger for 4" conduit**
Qty.- 2 cases of 5

**4" outlet boxes steel**
Qty. 0

**4" outlet box covers steel**
Qty. 2 cases of 25

25 maximum circuit breaker
Qty. 1

**Alcan cable 1/0-1/0-1/0-4 type**
3 #1 wires with #4
ground (aluminum)
3 rolls of 1,000ft.
1 roll of 320 ft.

**Wall sconces**
Qty. 0

**Siemens electrical box**
125 amp 21 inch spaces,
20 circuit maximum
single phase, 3 wire 120/240v
Qty. 23

**Heat pumps (Climate Master)**
208/230v., 1 phase VS036-model#
Blower motor ½ horse Compressor
RLA 15.5 Maximum circuit breaker 35
Qty. 4

208/230v., 1 phase 60 Hz VS019 model#
Blower motor 1/8 horse Compressor
8.0 RLA Maximum circuit breaker 15
Qty. 18

208/230v., 1 phase VS024 model#
Blower motor 1/4 horse Compressor
8.7 RLA = compressor motor
20 maximum circuit breaker
Qty. 3

208/230v., 1 phase VS030 model#
Blower motor 1/4 horse 11.2 RLA
compressor motor
20 maximum circuit breaker
Qty. 3

**3" Galvanized pipe for duct work**
10" sections qty. 13 pcs.
3' sections qty. 0
3" sections qty. 2 cases
of 60 each.

**8" Flexible air duct material**
**32'**
Qty. 0

**Steel exterior door frames for 36 inch door**
36 inch door
9 right

**Steel exterior door frames for 30 inch door**
76 right
83 left
Qty 159

**Duct Work**
Round metal duct work
13 sections of 16 inch
diameter x 10 ft. long
3 metal elbows
7 metal T's
Various reducers
Qty. 7

**Non opening windows 27" x 27"**
Qty. 25

**Hubless pipe material**
4" x 10' qty.-8
3" x 10' qty. 11

**Honeywell heat/coil thermostat**
**white**
Qty. 0

# GARAGE IN GATED PARKING

**Nutone Fan Light 70 CFM**
Exhaust fan bathroom use
Color-White
Uses 4" duct work
Qty. 0

**Commercial light switch for 3 way**
**Light, 20 amp. 120-277 VAC**
Color- white
Qty. 13 cases of 10

**Commercial light switch for single pole**
**Light, 20 amp. 120-277 VAC**
20 amp. 125 volts.
Color White
Qty 9 cases of 10

**Wall plate for single gang light switch**
Color- White
Qty. 3 cases of 25

**Wall plate for three gang light switch**
Color- White
Qty- 1 case of 10.

Commercial duplex wall receptacle
for side wiring oly, 2 pole 3 wire
grounding, 20 amp. 125 volts
Color-white
Qty. 11 cases of 10

**Commercial Duplex wall receptacle**
for back and side wiring, 20 amp. 125 volts.
Color-White
Qty. 0

**Commercial Duplex wall receptacle**
for back and side wiring, and quick wiring
2 pole 3 wire grounding 15 amp, 125 volts
Color White
Qty. 0

**Commercial Duplex wall receptacle** side
wired, 2 pole 3 wire grounding 15 amp 125
volts.
Color- Orange
Qty. 1 case of 10

**Metal Studs**
| | |
|---|---|
| 1"x4"x8' | qty-12 |
| 1"x4"x10' | qty-32 |
| 1"x4"x20' | qty-9 |
| 1"x6"x10' | qty-34 |
| 1"x6"x14' | qty-20 |
| 2"x4"x8' | qty-34 |
| 2"x4"x12' | qty-28 |
| 2"x8"x10' | qty-23 |
| 2"x4"x10' | qty-6 |

Galvanized steel covers for 3
gang outlet boxes
   Qty 5 cases of ea.

**Galvanized steel box mounting**
**bracket**
   Qty 2 cases of 50 ea.

**Metal stud bushings for 1 11/32" hole**

2"x4"x12'   qty-80
2"x4"x16'   qty-16
2"x12"x14'  qty-4

**Galvanized steel outlet boxes**
**With MS bracket for armored cable**
    Qty 37 cases of 25 ea.

**Box support bracket 6" metal studs**
    Qty 9 cases of 25 ea.

**Galvanized steel three gang boxes**
    1 5/8" deep, ½"+3/4" KO
    Qty 0
**Galvanized steel outlet boxes**
    4" square 2 1/8" deep
    Qty 0
**Galvanized steel covers**
    4-4" square outlet boxes
    Qty 13 cases of 50 ea

**Galvanized steel covers for 4" square**
    Outlet boxes 5/8" high
    Qty 11 cases of 25 ea

    Qty 2 cases of 1,000 ea.

**Cover plate mounting bracket for**
**Mounting communications cover plates**
    Qty 4 cases of 50 ea.

**1 case .5 amp Siemens circuit breakers**
    Qty 0
**Galvanized steel outlet boxes**
**With covers approx. 200 pcs**
    Qty 0

**Snap in plastic bushings for elec. Box**
**knockout 0 cases 100 per case**

    Owens Corning 3/4x1
    fiberglass pipe insulation
    0 cases 56 pcs per case (4' long)

**Vent register covers fit openings below**
    8x6    0 pcs
    10x6   28 pcs
    12x8   1 pc
    14x6   3 pcs
    14x8   2 pcs
    16x8   2 pcs
    18x6   0 pcs
    16x14 6 pcs
    24x24 3 pcs

# Lovell Place Limited Partnership
## Property Tax Balances as of 11/08/10

| Index Number | Location | 2006 | 2007 | 2008 | 2009 | 2010 | Total |
|---|---|---|---|---|---|---|---|
| 15 02.0 008.0 100.00 | 1303 French St 68646 Sq ft * | 22,026.27 | 80,352.67 | 75,147.28 | 69,861.90 | 47,928.81 | 295,316.93 |
| 15 02.0 008.0 101.00 | E 14 St 50744 sq ft | 29,811.40 | 144,748.84 | 135,371.92 | 125,846.02 | 85,964.06 | 521,742.24 |
| 15 02.0 008.0 102.00 | 153.55 E 13 st 258.29x270.26IR * | 34,030.15 | 144,749.30 | 135,372.36 | 125,846.42 | 85,964.06 | 525,962.29 |
| 15 02.0 008.0 200.00 | WS Holland ST 52.25 x 121.5 * | | 1,177.66 | 1,144.95 | 1,070.19 | 860.77 | 4,253.57 |
| 15 02.0 008.0 201.00 | 1224 Holland 26.25 x 121.5 * | | 648.69 | 609.15 | 572.11 | 432.12 | 2,262.07 |
| 15 02.0 008.0 202.00 | W S Holland St 26.25 x 121.5 * | | 629.60 | 609.15 | 572.11 | 432.12 | 2,242.98 |
| 15 02.0 008.0 203.00 | 1216 18 Holland St 35x121.5 * | | 810.76 | 786.30 | 736.79 | 573.84 | 2,907.69 |
| 15 02.0 008.0 226.00 | 106 E 13 St 43.33 x 45 | | 293.26 | 280.73 | 266.83 | 169.40 | 1,010.22 |
| 15 02.0 008.0 227.00 | NS E 13 bet French ET Holland * | | 5,773.82 | 5,405.51 | 5,030.76 | 4,269.24 | 20,479.33 |
| 15 02.0 008.0 228.00 | 152 E 13 St 30 x 140 * | | 806.34 | 781.97 | 732.77 | 570.39 | 2,891.47 |
| 15 02.0 008.0 214.00 | Tracy Sub LT34 PT33 40 x 140 * | | 1,411.89 | 1,373.95 | 1,283.08 | 1,043.97 | 5,112.89 |
| 15 02.0 008.0 215.00 | 131 E 12 St 30 x 140 * | | 1,093.73 | 1,062.85 | 993.88 | 795.08 | 3,945.54 |
| 15 02.0 004.0 201.00 | WS French St bet 14 & 16 St | | 2,439.60 | 2,290.01 | 2,134.62 | 1,776.83 | 8,641.06 |
| 15 02.0 004.0 202.00 | French St 70 x 145 | | 2,295.85 | 2,156.08 | 2,010.12 | 1,669.68 | 8,131.73 |
| 15 02.0 008.0 211.00 | 143 E 12 St 40 x 140 | | 877.14 | 851.11 | 797.06 | 625.70 | 3,151.01 |
| 15 02.0 008.0 212.00 | 141 E 12 St 40 x 140 | | 877.14 | 851.11 | 797.06 | 625.70 | 3,151.01 |
| 15 02.0 008.0 213.00 | 139 E 12 St 40 x 140 | | 877.14 | 851.11 | 797.06 | 625.70 | 3,151.01 |
| 15 02.0 013.0 114.00 | Bet 13 & 14 on Div 33.5 x 150 | | 105.77 | 99.26 | 98.14 | 24.21 | 327.38 |
| 15 02.0 013.0 115.00 | NE cor Division St et E 14 st | | 368.70 | 354.20 | 335.11 | 228.15 | 1,286.16 |
| 15 02.0 013.0 300.00 | Holland St IRR * | | 2,070.87 | 1,948.42 | 1,789.19 | 1,479.54 | 7,288.02 |
| 15 02.0 013.0 301.00 | Division Street | | | | | | 0.00 |
| 15 02.0 013.0 302.00 | 1312 Division St 45 x 75 | | 377.59 | 362.85 | 343.16 | 235.07 | 1,318.67 |
| 15 02.0 013.0 305.00 | 219 E 13 St 41.25 x 135 | | 598.65 | 578.89 | 543.99 | 407.91 | 2,129.44 |
| 15 02.0 013.0 311.00 | E S Holland St 1300 Blk 47x101 * | | 492.56 | 475.18 | 447.59 | 324.95 | 1,740.28 |
| 15 02.0 013.0 312.00 | E 14 St 48.6 x 67.5 * | | 355.38 | 341.23 | 323.05 | 217.79 | 1,237.45 |
| 15 02.0 013.0 314.00 | Holland St 33.75 x 200 * | | 660.52 | 639.37 | 600.21 | 456.31 | 2,356.41 |

EXHIBIT B

**Lovell Place Limited Partnership**
**Property Tax Balances as of 11/08/10**

| Index Number | Location | 2006 | 2007 | 2008 | 2009 | 2010 | Total |
|---|---|---|---|---|---|---|---|
| 15.02.0.014.0.301.00 | 201 E 14 St 179.82 x 63.31 IR | | 4,172.90 | 3,919.06 | 3,648.98 | 3,080.08 | 14,821.02 |
| 15.02.0.009.0.201.00 | SS of W 14 et Holland St | | 788.69 | 846.79 | 793.02 | 622.24 | 3,050.74 |
| | | 85,867.82 | 399,855.06 | 374,510.79 | 348,271.22 | 241,403.72 | 1,449,908.61 |
| Penalty | | | | | | 24,140.37 | |
| | | 85,867.82 | 399,855.06 | 374,510.79 | 348,271.22 | 265,544.09 | 1,449,908.61 |