## Proof of Publication of Notice in Pittsburgh Legal Journal

UNDER ACT OF MAY 16, 1929, P.L. 1784, AS LAST AMENDED BY ACT 520, OF JULY 5, 1947

*State of Pennsylvania* }
} :SS
*County of Allegheny,* }

A designated agent of the Publisher of the **PITTSBURGH LEGAL JOURNAL**, being duly sworn, deposes and says that the **PITTSBURGH LEGAL JOURNAL** is a legal newspaper which is published by The Allegheny County Bar Association at 400 Koppers Building, Pittsburgh, Allegheny County, Pennsylvania; and that the **PITTSBURGH LEGAL JOURNAL** was established as a weekly newspaper on April 23, 1853, and as a daily legal newspaper on January 4, 1926, since which date said daily newspaper has been regularly issued in said County, and that a copy of the printed notice or publication appearing at the right is exactly the same as it was printed and published in the regular editions and issues of the said daily legal newspaper on the FOLLOWING DATES, January 25, 2011.

Affiant further deposes that she is an agent duly authorized by the publisher of said **PITTSBURGH LEGAL JOURNAL**, to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____
An Agent for the Publisher of **PITTSBURGH LEGAL JOURNAL** Sworn to and subscribed before me 25th day of January, 2011

_____

Guy C. Fustine
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth St.
Erie, PA 16501

### Statement of Advertising Cost
For publishing the notice or advertisement on the above stated dates....... $873.60
Proof fees.................................................................................................$1.00
Total ....................................................................................................$874.60

The **PITTSBURGH LEGAL JOURNAL** hereby acknowledges receipt of the aforesaid advertising and publication costs and certifies that the same have been fully paid.
**PITTSBURGH LEGAL JOURNAL**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255
I hereby certify that the foregoing is the original Proof of Publication and receipt for the advertising costs in the subject matter of said notice.

Attorney for
PLJ No.11-00154

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Margaret Ann Lewis, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Nov. 16, 2012
Member, Pennsylvania Association of Notaries



## Bankruptcy Notice

In the United States Bankruptcy Court for the Western District of Pennsylvania
In re: Lovell Place Limited Partnership, an Ohio Limited Partnership, Reorganized Debtor
Lovell Place Limited Partnership, an Ohio Limited Partnership, Movant
vs.
PNC Bank, N.A., Successor by Merger with National City Bank, Successor by Merger with National City Bank of Pennsylvania, et al., Respondents
Case No.: 05-15114-TPA
Chapter 11
Related to Docket Nos. 622, 623, 651 and 653
Date and Time of Hearing: February 8, 2011 at 10:00 a.m.
Response Date: February 1, 2011

Notice of Sale and Sale Hearing

To the Creditors and Parties in Interest of the above-named Reorganized Debtor:

Notice is hereby given that Lovell Place Limited Partnership, an Ohio Limited Partnership, Movant, Reorganized Debtor (hereinafter referred to as the "Debtor") has filed a Motion for Private Sale of Real and Personal Property Free, Clear and Divested of Liens, Claims and Encumbrances (hereinafter referred to as the "Sale Motion") to sell substantially all of the Debtor's assets and business as a going-concern, including twenty-six (26) parcels of real estate with improvements, ten (10) inter-connected buildings, the real estate leases and personal property, all located in Erie, Pennsylvania and more fully described in the Asset Purchase Agreement attached to the Sale Motion as Exhibit A, to PNC Bank, N.A., or its designee, for $5,000,000, subject to higher offers at the sale confirmation hearing to be held on February 8, 2011 (hereinafter referred to as the "Sale Hearing"), but only in accordance with the court-approved bidding procedures.

Twenty-five of the parcels for sale were conveyed to the Debtor by Sheriff's Deed dated May 28, 2009 and recorded in the Erie County Recorder's Office on May 28, 2009 at Record Book 1564, page 1531. The twenty-sixth parcel for sale (Erie County Index No. (15)2013-301) was conveyed to the Debtor by Quit Claim Deed dated April 22, 2010 and recorded in the Erie County Recorder's Office on June 3, 2010 as Instrument No. 2010-02786.

The Erie County Index Numbers for the involved twenty-six parcels of real estate are:
(15)2013-114; (15)2008-200; (15)2008-100; (15)2013-115; (15)2004-201; (15)2008-101; (15)2013-300; (15)2004-202; (15)2008-102; (15)2013-301; (15)2008-226; (15)2008-203; (15)2013-302; (15)2008-227; (15)2008-214; (15)2013-305; (15)2008-228; (15)2008-215; (15)2013-311; (15)2008-211; (15)2008-201; (15)2013-312; (15)2008-212; (15)2008-202; (15)2013-314; (15)2008-213

The Sale also includes business personal property. The personal property for sale includes, but is not limited to, the leasehold improvements; the underground geo-thermal heat exchange wells; the furniture owned by the Debtor which is located with certain tenants; the equipment owned by the Debtor which is located with certain tenants, including maintenance equipment, appliances and restaurant equipment; the Debtor's interest, if any, in the trade name "Lovell Place"; and the Debtor's construction inventory, all of which is more fully described in the Asset Purchase Agreement attached to the Sale Motion as Exhibit A.

The Sale also includes the following leases and contracts which, subject to Bankruptcy Court approval, will be assumed by the Debtor and assigned to the Purchaser in accordance with 11 U.S.C. §365, viz:

(a) Lease with the Commonwealth of Pennsylvania, Department of Public Welfare;

(b) Lease with Kathleen Cantrell d/b/a The Erie Book Store;

(c) Lease with the Perseus House Charter School of Excellence;

(d) Lease with the Commonwealth of Pennsylvania, Department of Labor and Industry, including the corresponding construction contract;

(e) Lease with Matthew's Trattoria, Inc.;

(f) Lease with St. Martin Center, Inc.;

(g) Leases (2) with Sanner Office Supply Co., Inc.;

(h) Approximately 100 residential leases, including the tenant security deposits;

(i) Contract with Benson's Outdoor Services, LLC;

(j) Contract with Michael S. Sullivan d/b/a Master Fire & Security Systems;

(k) Contract with Otis Elevator Company;

(l) Contract with Leafguard of Lake Erie, Inc. d/b/a Bauer Specialty;

(m) Contract with Chem-Aqua, Inc.; and,

(n) Contract with Waste Management of Pennsylvania, Inc.

The Debtor's assets which are excluded from the Sale are cash and cash equivalents; the commercial lease between the Debtor as the landlord and Miller Brothers Garden Center, Inc. as the tenant; the Debtor's ownership interest in the parcels of real estate and improvements leased to Miller Brothers Garden Center, Inc. (Erie Court Index Numbers (15) 2009-201 and (15) 2014-301); and, the Debtor's interest in the related condemnation proceeding brought against those two parcels of real estate and improvements by the Erie Metropolitan Transit Authority.

An Order has been issued setting the Sale Hearing for February 8, 2011 at 10:00 a.m. in the United States Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219, at which time objections to the sale will be heard, higher offers may be received in accordance with the court-approved bidding procedures, and a sale confirmation hearing will be held.

Arrangements for inspection of the property prior to the Sale Hearing may be made with:

Guy C. Fustine, Esq., Knox McLaughlin Gornall & Sennett, P.C., 120 West 10th St., Erie, PA 16501, 814-459-2800, gfustine@kmgslaw.com, Attorney for Reorganized Debtor.

11-00154 Jan 25, 2011