# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# Proceeding Memo

## Conciliation Conference:

**Debtor:** Lovell Place Limited Partnership, an Ohio Limited Partnership
**Case Number:** 05-15114-TPA     **Chapter:** 11

**Date / Time / Room:** TUESDAY, FEBRUARY 08, 2011 10:00 AM COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** ELSIE MARTIN
**Reporter / ECR:** N/A

**This matter was heard by The Honorable Jeffery A. Deller.**

## Matter:

RESCHEDULED - Motion For Private Sale Of Real And Personal Property Free, Clear And Divested Of Liens, Claims And Encumbrances filed by Debtor
- Three Proofs Of Publication Filed: Doc. # 678 - Erie Times-News; Doc. # 679 - Erie County Legal Journal; Doc. # 680 - Pittsburgh Legal Journal
- Response Filed 2/1/2011 By The Estate Of Stephen B. McGarvey @ Doc. # 675 [Due 12/14/2010]
- Reply To Response filed 2/4/2011 by Debtor @ Doc. # 681
- Certificate Of Notice To Potential Bidders And Notice To Qualified Bidders filed 2/4/2011 @ Doc. # 682

R / M #: 622 / 0

## Appearances:

OFFICE OF THE U.S. TRUSTEE: ~~FORNARI / ROBB / HILDENBRAND / SPRAGUE~~
DEBTOR(S): Guy C. Fustine, Esq.
CREDITOR: Crystal H. Thornton-Illar, Esq. [Estate Of Stephen McGarvey]
UCC: Lawrence C. Bolla, Esq. --- VIA TELEPHONE

## Proceedings: N.G.Vs - PNC

J. Walczak - Griffith
C. Thvrbn Jlr - McGary
J. Kvrtzman - BT Acquisition 1

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
   ___ For At Least ___ Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of ___ at ___ AM/PM at

___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE ___
✓ OTHER: Proposed Order due by 2-11-2011. Sale confirmed. $5.5 million - Griffiths.

**FILED FEB 8 - 2011**
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

JEFFERY A. DELLER
U.S. Bankruptcy Judge

Page 1 of 1     2/7/2011 3:39:56PM